IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNA JEAN ALTIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 18-00915-CV-W-ODS |

<u>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES</u>

Plaintiff requests an award of fees in the amount of $5,250.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and reimbursement of the $400.00 filing fee. Doc. #19. Defendant does not object to Plaintiff's request for attorney's fees or the filing fee. Doc. #20.

Given the parties' consensus, the Court grants Plaintiff's motion. Attorney's fees in the amount of $5,250.00 shall be paid by the Social Security Administration, and reimbursement of the $400.00 filing fee shall be paid from the Judgment Fund. The EAJA award is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt, if any, owed to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 597 (2010). In light of Plaintiff's assignment of any award to her attorney, the net award should be made payable to Plaintiff's counsel.

IT IS SO ORDERED.

DATE: October 2, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT